## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUSUF MUHAMMAD,                          :        No. 4:23cv212
                                                          :
                        **Plaintiff**            :        (Judge Munley)
                                                          :
            **v.**                                    :
                                                          :
CORRECTIONAL OFFICER KELLEY,   :
                                                          :
                        **Defendant**          :

## ORDER

**AND NOW**, to wit, this 21st day of March 2025, upon consideration of defendant Kelley's motion (Doc. 92) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The motion (Doc. 92) is **GRANTED** based on plaintiff's failure to exhaust administrative remedies.

2.  The Clerk of Court is directed to **ENTER** judgment in favor of defendant Kelley, and against plaintiff.

3.  The Clerk of Court is further directed to **CLOSE** this case.

4.    Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court